AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

OCT 2 ... 2009

UNITED STATES OF AMERICA

VS.

MICHAEL MILLER

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:09-CR-316-3F(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with violation of _____ United States Code, Section:

Count 1 - Conspiracy to commit identity theft. - 18 U.S.C. § 1029(b)(2)

**FILED**

Dennis P. Iavarone
Name of Issuing Officer

Keal E. Crews → Keal E. Crews
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

October 29, 2009 - RALEIGH, NORTH CAROLINA
Date and Location

JAN 2 2 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 01-20-2010 | Anton Fickey, USSS | By Karen U. Thomas USMS, E/NC |

Case 5:09-cr-00316-F  Document 68  Filed 01/22/10  Page 1 of 1